**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ORLANDO GONZALEZ-MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 08-74476<br><br>Agency No. A095-725-814<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Orlando Gonzalez-Martinez, a native and citizen of El Salvador, petitions

pro se for review of the Board of Immigration Appeals' order summarily affirming

an immigration judge's ("IJ") order denying his motion to reopen removal

proceedings conducted in absentia.  Our jurisdiction is governed by

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Celis-Castellano v. Ashcroft*, 298 F.3d 888, 890 (9th Cir. 2002). We deny in part and dismiss in part the petition for review.

The IJ did not abuse his discretion in denying Gonzalez-Martinez's motion to reopen as untimely where he filed it more than 16 months after he was ordered removed in absentia. *See* 8 U.S.C. § 1229a(b)(5)(C)(i).

We lack jurisdiction to consider Gonzalez-Martinez's contention that he is entitled to equitable tolling because he failed to exhaust this contention before the agency. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004) (generally requiring exhaustion of claims before the agency).

Gonzalez-Martinez's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**